■ BORRIS M. KOMAR, Appellant, v. ASSOCIATED HOSPITAL SERVICE OF NEW YORK et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Rabin, J. P., McNally, Stevens, Steuer and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VOLGA ADAMS, Appellant, v. WARDEN OF THE WOMEN'S HOUSE OF DETENTION, Respondent.— Order entered on June 6, 1962 unanimously affirmed. No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ MORTIMER J. WOLFORD, Respondent, v. IRENE W. HASKINS et al., Appellants, et al., Defendants.— Orders entered on October 9, 1962 and October 29, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order on notice fixing date for examination to proceed. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of BENJAMIN FRANK, Appellant, v. METROPOLITAN BOTTLING COMPANY, INC., et al., Respondents.— Order entered on May 3, 1962 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Appeal from order entered on June 20, 1962 dismissed, without costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ ANNA A. HACKER, Appellant, v. CITY OF NEW YORK, Respondent, et al., Defendant.— Order entered on September 24, 1962 unanimously affirmed, without costs. No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.